```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22318
    ANTONIO GARCIA
    TAMMY R GARCIA                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-8269     SSN XXX-XX-9655
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/29/07 and confirmed on 02/27/08.

2. The case was converted to Chapter 7 after confirmation, 09/04/2008.

3. The Debtor paid a total of $ 6200.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 2192.25 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 779.58 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 25574.11 | 755.49 | 2338.14 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 10857.68 | 317.80 | 1141.65 |
| TAMMY COWGER | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| METROPOLITAN PROP & CAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE TRAIL CREDIT UNI | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINGFIELD OB GYN | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL AC  UNSECURED          336.62              .00              .00
       Summary of disbursements:
--------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    39403.62         .00       336.62         .00      39740.24
PRINCIPAL PAID         3479.79         .00          .00         .00       3479.79
INTEREST PAID          1073.29         .00          .00         .00       1073.29
TOTAL PAID             4553.08         .00          .00         .00       4553.08
```

The Debtor's attorney, STUART B HANDELMAN          , was allowed $   3500.00
and was paid $    500.00  direct and $   1303.44  through the plan.

The Trustee received $    343.48 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/17/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 22318 ANTONIO GARCIA & TAMMY R GARCIA